UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY BAUMBACH,<br><br>Defendant. | CVB Case No. 9:26-PO-5040-KLD<br><br>Ticket No. F5458572 and F5458573<br><br>Location Code: M10<br><br>Disposition Code: NC and PE |

**JUDGMENT IN A CRIMINAL CASE**

On September 21, 2026, the Defendant, ANTHONY BAUMBACH, was arrested on a warrant for not appearing on June 4, 2026, and was present in court and entered a plea of no contest to the charge of F5458573 Damaging property of the United States. The charge of F5458572 Violating the LNF travel management plan is dismissed upon a motion by the government.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

- Defendant must pay a fine in the amount of $0.00 plus $30.00 Processing Fee for damaging property of the United States for a total of $30.00.

☒ Defendant must pay by check or money order payable to U.S. COURTS CVB and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov.

☒ The fine shall be paid as follows: The $30.00 processing fee must be paid on or before October 2, 2026.

- Defendant must pay restitution in the amount of $2400.00 on or before October 2, 2026. Payments must be made monthly starting October 2, 2026, in the amount of $100.00 and then every month thereafter until paid in full. Defendant is directed to send his restitution payments to the following address: U.S. Clerk of Court, P.O. Box 8537, Missoula, MT 59807. The Clerk of Court is directed to disburse the restitution to: USDA Forest Service Albuquerque Serv Ctr Claims 101B Sun Ave. NE Albuquerque, NM 87109

Defendant is advised that pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If you appeal, you will be required to pay a $39 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Dated this 22nd day of September, 2026.

Kathleen L. DeSoto
United States Magistrate Judge